**Michael L. Wroniak, Esq. (State Bar No. 210347)**
**Ricky De Herrera, Esq. (State Bar No. 346766)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 823-4100 - FAX (714) 823-4101**
**Email:  mwroniak@ccllp.law**
**Email:  rdeherrera@ccllp.law**

*Exempt from Payment of Filing Fee*
*Pursuant to Gov. Code, § 6103*

Attorneys for Defendants
COUNTY OF ORANGE and SHERIFF DON BARNES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY CAMPOS, an individually and as successor in interest to JOSHUA CAMPOS; and ROSALEE CAMPOS, an individually and successor in interest to JOSHUA CAMPOS<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, a municipal entity; SHERIFF DON BARNES, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:23-cv-00072<br><br>**NOTICE OF REMOVAL**<br><br><br><br>**Complaint Filed:   09/30/2022**<br>**Trial Date:        None** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**

**PLEASE TAKE NOTICE** that Defendants COUNTY OF ORANGE and SHERIFF DON BARNES hereby remove this action from the Superior Court of the State of California for the County of Orange to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. Removal

*24294*

1
**NOTICE OF REMOVAL**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1100

is proper because this Court has subject matter jurisdiction over this action under federal question jurisdiction pursuant to 28 U.S.C. § 1331.

## I.   BACKGROUND

On September 30, 2022, Plaintiffs Jay and Rosalee Campos, as individuals and successors in interest, filed a Complaint for damages against Defendants COUNTY OF ORANGE, SHERIFF DON BARNES, and DOES 1 through 10 in the Superior Court of California, County of Orange, Case No. 30-2022-01284280-CU-CR-CJC (the "State Court Action"). The Complaint contained seven causes of action for: (1) Negligence; (2) Negligent Hiring, Training & Supervision; (3) Violation of Civil Code 52.1 (Tom Bane Act); (4) Denial of Medical Care in Violation of the Fourteenth Amendment (42 U.S.C. § 1983); (5) Violation of Substantive Due Process (42 U.S.C. § 1983); (6) Municipal Liability for Unconstitutional Custom, Practice, or Policy (42 U.S.C. § 1983); (7) Municipal Liability for Failure to Train (42 U.S.C. § 1983). A true and correct copy of the Complaint is attached hereto as **Exhibit A.**

COUNTY OF ORANGE and SHERIFF DON BARNES first received a copy of the Complaint on December 16, 2022. True and correct copies of the Summons served on COUNTY OF ORANGE and SHERIFF DON BARNES are attached hereto as **Exhibit B.**

## II.   FEDERAL QUESTION JURISDICTION EXISTS AND THE COURT MAY EXERCISE SUPPLEMENTAL JURISDICTION

With exceptions not relevant here, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction [] may be removed by the defendant or the defendants, to the district court of the united States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

Removal of action under 28 U.S.C. § 1441(a) depends solely on the nature of the Plaintiffs' Complaint and is properly removed only if "a right or immunity created by the Constitution or law of the Untied States [constitutes] and element, and an

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1100

*24294*

**NOTICE OF REMOVAL**

essential one, of the plaintiff's cause of action." *Gully v. First National Bank in Meridian*, 299 U.S. 109, 112 (1936).

Federal courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

This Court has original jurisdiction over actions brought pursuant to 42 U.S.C. § 1983. *See* 28 U.S.C. § 1331.

This Court has supplemental jurisdiction over the Plaintiffs' state law claims which derive from a common nucleus of operative fact with the federal law claims. *United Mine Workers v. Gibbs*, 383 U.S. 715 (1996).

## III.   COMPLAINCE WITH STATUTORY REQUIREMENTS

In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders from the State Court Action are attached to this notice.

This Notice of Removal of Action is filed with the District Court within thirty (30) days after receipt by COUNTY OF ORANGE and SHERIFF DON BARNES of a copy of the Complaint setting forth for the first time the claims giving rise to removal under 28 U.S.C. 1441(b) and in accordance with 28 U.S.C. § 1446(a) and (b).

COUNTY OF ORANGE and SHERIFF DON BARNES consent to the removal of the action. Thus, removal is proper pursuant to 28 U.S.C. § 1446(b)(2). No other defendants have been properly joined and served in this action.

Removal to present venue is proper under 28 U.S.C. § 1441(a) because this Court is the Untied States District Court for the district corresponding to the place where the State Court Action is pending. Specifically, Plaintiffs filed this action on the Superior Court for the State of California, County of Orange, which is embraced within the Central District of California. Therefore, this action may be removed to this Court.

///

///

*24294*

**NOTICE OF REMOVAL**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1100

In accordance with 28 U.S.C. § 1446(d), a copy of COUNTY OF ORANGE and SHERIFF DON BARNES'S notice of filing of Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the State of California, County of Orange.

In accordance with 28 U.S.C. § 1446(d), COUNTY OF ORANGE and SHERIFF DON BARNES are also contemporaneously serving this notice of removal on all adverse parties.

DATED: January 13. 2023                    COLLINS + COLLINS LLP

By: _____

RICKY DE HERRERA
MICHAEL L. WRONIAK
Attorneys for Defendants
COUNTY OF ORANGE and SHERIFF
DON BARNES

24294

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1100

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,           )
                                )  ss.
County of Los Angeles.         )

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, California 91101.

On this date, I served the foregoing document described as **NOTICE OF REMOVAL** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☒ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on January 13, 2023  at Pasadena**,** California.

☒ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Debbie Parker_
Debbie Parker
dparker@ccllp.law

**COLLINS + COLLINS** LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1100

24294

5

**NOTICE OF REMOVAL**

**JAY CAMPOS v. COUNTY OF ORANGE**
**Orange County Superior Court Case Number: 30-2022-01284280-CU-CR-CJC**
**CCLLP File Number: 24294**

**SERVICE LIST**

Humberto M. Guizar, Esq.
LAW OFFICES OF HUMBERTO GUIZAR, APC
3500 W. Beverly Blvd.
Montebello, CA 90640
(323) 725-1151 – FAX: (323) 597-0101
hguizar@ghclegal.com
**ATTORNEYS FOR PLAINTIFFS JAY CAMPOS &
ROSALEE CAMPOS**

Christian Contreras, Esq.
LAW OFFICES OF CHRISTIAN CONTRERAS, APC
360 E. 2nd St 8th Floor
Los Angeles, CA 90012
(323) 435-8000 – FAX:(323) 597-0101
cc@contreras-law.com
**ATTORNEYS FOR PLAINTIFFS JAY CAMPOS &
ROSALEE CAMPOS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1100

*24294*

6

**NOTICE OF REMOVAL**