JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY CAMPOS, an individually and as successor in interest to JOSHUA CAMPOS;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, a municipal entity; SEAN KIM (#11540), an individual; RICHARD COVINGTON (#05146), an individual; NATHANIEL MEZA (#10294), an individual; ZHANNA SHROVAK (#11629), an individual; ABELARDO GARCIA (#08597), an individual; JOSHUA HARVEY (#02863), an individual; LLOYD NGUYEN (#04290), an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00072-WLH-JDE<br><br>**FINAL JUDGMENT** |

This action came on regularly for trial on March 10, 2025 through March 14, 2025 in Courtroom 9B of the United States District Court, Central District of California, 350 West First Street, Los Angeles, California 90012, the Honorable Wesley L. Hsu presiding.

Plaintiff Jay Campos was represented by Christian Contreras of the Law

1

Offices of Christian Contreras, PLC. Defendants County of Orange, Richard Covington (#05146), Nathaniel Meza (#10294), Zhanna Shrovak (#11629), Abelardo Garcia (#08597), Joshua Harvey (#02863), and Lloyd Nguyen were represented by Michael Wroniak and Bonnie Bennet of Collins & Collins, LLP.

A jury of eight people was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict on March 14, 2025.

Based upon that verdict, **IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

In favor of Plaintiff Jay Campos on the Municipal Liability Claim – Unconstitutional Custom and Practices claim and award damages in the total sum of $3,300,000, plus costs pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of the entry of judgment at the rate specified by 28 U.S.C. § 1961, and reasonable attorneys' fees as may be awarded by the Court.

Plaintiff Jay Campos, as the prevailing party, may apply to the Court for an award of costs and reasonable statutory attorneys' fees as permitted by law.

**IT IS SO ORDERED.**

Dated: 9/22/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE